## Fred Schenck, Appellee, v. Midland Lumber Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Piatt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 11, 1917.

### Statement of the Case.

Action by Fred Schenck, plaintiff, against the Midland Lumber Company, defendant, to recover damages for a breach of warranty in a contract of sale of building material. From a verdict and judgment for plaintiff for $375, defendant appeals.

J. L. Hicks, for appellant.

William A. Doss and F. M. Shonkwiler, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

### Abstract of the Decision.

1. Appeal and error, § 1778*—*when judgment on finding based upon conflicting evidence will not be reversed.* In an action to recover damages for breach of contract, where the evidence is conflicting, the judgment will not be reversed unless the finding of the jury was manifestly contrary to the weight of the evidence.

2. Sales, § 401*—*when evidence supports verdict for plaintiff in action for breach of contract.* In an action to recover damages for a breach of contract, evidence *held* sufficient to support a verdict for plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.